UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB MCPHERSON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>  v.<br><br>GOOGLE, INC., ODESK CORPORATION, and ELANCE-ODESK, INC.<br><br>       Defendants. | Civ. No. 1:14-cv-09026 (AJN)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jacob McPherson ("Plaintiff") by and through counsel, on his own behalf and on behalf of all others similarly situated, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against Defendants ODESK CORPORATION and ELANCE-ODESK, INC.

Dated:   January 19, 2015

                By: /S/ DAVID HARRISON_____
                  David Harrison, Esq.
                  Julie Salwen, Esq.
                  HARRISON, HARRISON & ASSOC. Ltd.
                  110 State Highway 35, 2nd Floor
                  Red Bank, NJ, 07701
                  (718) 799-9111
                  (718) 799-9171 (fax)
                  nycotlaw@gmail.com

                  D. Maimon Kirschenbaum
                  JOSEPH & KIRSCHENBAUM LLP
                  233 Broadway, 5th Floor
                  New York, NY 10279
                  (212) 688-5640
                  (212) 688-2548 (fax)
                  maimon@jhllp.com