# Morgan Lewis

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel. +1.212.309.6000
Fax: +1.212.309.6001
www.morganlewis.com

**Leni D. Battaglia**
Associate
+1.212.309.7177
lbattaglia@morganlewis.com

July 14, 2015

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Jacob McPherson v. Google, Inc., et al.*
             <u>Index No. CV-14-09026 (AJN)</u>

Dear Judge Nathan:

We represent Defendant Google Inc. in the above-referenced matter and write on behalf of both parties in accordance with your Order dated February 27, 2015 (Dkt. 24) to update the Court on the status of the parties' mediation and settlement efforts. Specifically, we write to inform the Court that the parties have reached a settlement in principle, are currently finalizing the final terms and settlement documents, and expect to submit a Stipulation of Dismissal with Prejudice within the next seven (7) days. Accordingly, we do not anticipate any further discovery or motions for collective certification and summary judgment.

Respectfully submitted,

*/s/ Leni D. Battaglia*

Leni D. Battaglia

cc (via ECF):  David Harrison
                    Julie Salwen
                    D. Maimon Kirschenbaum
                    Christopher A. Parlo
                    Melissa C. Rodriguez