USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 15 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jacob McPherson,

        Plaintiff,

–v–

Google, Inc., *et al.*,

        Defendants.

14-cv-9026 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has been advised that the parties in this FLSA action have reached a settlement.

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties may dismiss this action without court-approval of their settlement. However, they are advised to consider the risks attendant in proceeding in this fashion. *See Picerni v. Bilingual Seit & Preschool, Inc.*, No. 12 Civ. 4938, 2013 U.S. Dist. LEXIS 24622 (E.D.N.Y. Feb. 22, 2013). Any such stipulation of dismissal shall be filed on or before July 29, 2015.

    The parties may also seek dismissal of this action pursuant to a judicially-approved settlement. If the parties choose to proceed in this way, then the settlement must be scrutinized by the Court to ensure that it is fair. *Wolinsky v. Scholastic Inc.*, No. 11 Civ. 5917, 2012 WL 2700381 (S.D.N.Y. July 5, 2012). If the parties seek review by the Court they must, on or before July 29, 2015, submit to the Court both the settlement agreement and a joint letter explaining why the settlement should be approved. The joint letter should address the considerations detailed in *Wolinksy*, 2012 WL 2700381, at *2-3. The parties are further advised that the Court will not approve settlement agreements that contain a confidentiality provision.

    SO ORDERED.

Dated: July 15, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge