Nathan, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 2 4 2015
```

------------------------------------- x
JACOB MCPHERSON, individually and on
behalf of all others similarly situated,

   Plaintiff,

  -against-         1:14-cv-9026-AJN-FM

GOOGLE, INC., ET AL.,

   Defendants.
------------------------------------- x

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jacob McPherson ("Plaintiff") and Defendant Google Inc. hereby stipulate that all of the claims in this action are hereby dismissed with prejudice, and that the action is dismissed, with each party bearing its own costs, and Plaintiff having waived all rights of appeal.

STIPULATED AND AGREED:

HARRISON, HARRISON & ASSOCIATES, LTD

By: /s/ David Harrison
David Harrison
Julie Salwen
110 Highway 35, 2nd Floor
Red Bank, NJ 07748
Telephone: 888.239.4410

JOSEPH, HERZFELD, HESTER, & KIRSCHENBAUM
Daniel Maimon Kirschenbaum
233 Broadway, 5th Floor
New York, NY 10017
Telephone: 212.688.5640

*Attorneys for Plaintiff Jacob McPherson*
Dated: July 22, 2015

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Christopher A. Parlo
Christopher A. Parlo
Melissa C. Rodriguez
Leni D. Battaglia
101 Park Avenue
New York, New York 10178
Telephone: 212.309.6062

*Attorneys for Defendant Google Inc.*
Dated: July __, 2015

APPROVED AND SO ORDERED THIS 24th DATE OF July 2015:

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

DB1/ 84026574.2

2